UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael Mitchell,

Case No. 3:25-cv-608

Petitioner,

v.

ORDER AND
JUDGMENT ENTRY

Warden Shelbie Smith,

Respondent.

Before me is the April 27, 2026 Report and Recommendation of Magistrate Judge Carmen E. Henderson, recommending I deny *pro se* Petitioner Michael Mitchell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because his claims are procedurally defaulted.[1] (Doc. No. 11).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was May 11, 2026. The Petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d

---

[1] Mitchell is incarcerated at the Belmont Correctional Institution in St. Clairsville, Ohio, where Shelbie Smith currently is the Warden. Therefore, I hereby order the Clerk's Office to substitute Smith as the Respondent in this case. *See* Fed. R. Civ. P. 25(d).

at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I adopt Judge Henderson's recommendation (Doc. No. 9) and deny Michael Mitchell's petition for a writ of habeas corpus. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge